IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JUANITA GUERRA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil Action No.: CV 16-2941-E
(Magistrate Judge Charles F. Eick)

## ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $4,541.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 2/6/17

Judge Charles F. Eick
United States Magistrate Judge